```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA


KATHRYN F., et al.            :     CIVIL ACTION
                              :
       v.                     :
                              :
WEST CHESTER AREA SCHOOL      :
DISTRICT                      :     NO. 12-6965
```

ORDER

AND NOW, this 18th day of December, 2013, upon consideration of the Defendant's Motion for Judgment on the Administrative Record (Docket No. 17), the Plaintiffs' Motion for Judgment on the Administrative Record and Statement of Undisputed Facts (Docket Nos. 18, 19), both parties' responses, and following an oral argument on November 8, 2013, IT IS HEREBY ORDERED that the defendant's motion is GRANTED and the plaintiffs' motion is DENIED. Judgment is hereby ENTERED in favor of the above-named defendant and against the plaintiffs on these claims. This case is closed.

```
                         BY THE COURT:


                         /s/ Mary A. McLaughlin
                         MARY A. McLAUGHLIN, J.
```